CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

BRUCE A. NEILSON
bneilsonlaw@gmail.com
7108 N. Fresno St. #410,
Fresno, CA 93720
Telephone: (559) 432-9831
Facsimile: (559) 432-1837
Attorneys for Defendants
Landess Institute, LLC and YSL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>LANDESS INSTITUTE, LLC, a California Limited Liability Company; YSL Inc., a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 5:20-CV-08113-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 1, 2021     CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: September 1, 2021     Attorney at Law

By: /s/Bruce A. Neilson
Bruce A. Neilson
Attorneys for Defendants
Landess Institute, LLC and YSL, INC.

2

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bruce A. Neilson, counsel for Landess Institute, LLC and YSL, INC., and that I have obtained Bruce A. Neilson authorization to affix his electronic signature to this document.

Dated: September 1, 2021          CENTER FOR DISABILITY ACCESS

                                  By:   /s/Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff